Chief Magistrate Judge James P. Donohue

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD LESAN,<br><br>Defendant. | NO. 2:15-mj-00538-JPD<br><br><br>DEFENDANT'S PROPOSED RELEASE PLAN |

Defendant Gerald Leason will again request a re-set of the detention hearing on the above captioned cause as an address likely suitable to both the United States District Court and the United States Probation Office has not yet been secured.

Respectfully submitted this 2ⁿᵈ day of December, 2015.

    /s/ John R. Crowley_____
John R. Crowley, ESQ.,
WSBA# 19868
Counsel for Mr. Lesan

DEFENDANT'S PROPOSED RELEASE PLAN- 1

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223

## NOTICE OF ELECTRONIC SERVICE

I hereby certify that on December 2, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:  Clerk of the United States District Court and Assistant United States Attorney, Western District of Washington.  On this same date, a copy of the attached document was mailed to the defendant in the above-captioned cause at.

/s/  Jason Morgensen_____
Jason Morgensen, Paralegal
The Crowley Law Firm, PLLC
216 First Avenue S., Ste 204
Seattle, Washington 98104
206.625.7500 (L)
206.625.1223 (F)
jason@CrowleyLawyer.com

DEFENDANT'S PROPOSED RELEASE PLAN- 2

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington  98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223