```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

DEC 10 2015

        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GERALD JAMES LESAN,<br><br>    Defendant. | CASE NO. CR15- 387 JCC<br><br>ORDER CONTINUING DETENTION |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 10th day of December, 2015.

_____
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

ORDER CONTINUING DETENTION – 1