The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD LESAN,<br><br>Defendant. | NO. CR15-00387 JCC<br><br>GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REOPEN DETENTION |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Matthew P. Hampton, Assistant United States Attorney for said district, files this Response to Defendant's Motion to Reopen Detention (Dkt. 20).

In its motion, the defense contends that an appropriate release address has been identified and approved by U.S. Pre-trial Services. Although the government lacks sufficient information to take a position on the ultimate question of release or detention at this time, the government does agree that Defendant has presented a significant change in circumstances within the meaning of the Court's earlier detention order that would justify a hearing on the question of Defendant's custody status pre-trial. The government

Government's Response to Defendant's Motion to Reopen Detention
United States v. Lesan; CR15-00387 JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  therefore suggests that this matter be set for a hearing at a time mutually convenient to
2  the parties and the Court's calendar.

4      DATED this 29th day of December, 2015.

5                                      Respectfully Submitted,

6                                      ANNETTE L. HAYES
7                                      United States Attorney

10                                   *s/ Matthew P. Hampton*
                                  MATTHEW P. HAMPTON
11                                   Assistant United States Attorney
                                  700 Stewart Street, Suite 5220
12                                   Seattle, WA  98101-1271
                                  Telephone:   206-553-7970
13                                   Fax:               206-553-0755
14                                   E-mail:           matthew.hampton@usdoj.gov

Government's Response to Defendant's Motion to Reopen Detention
United States v. Lesan; CR15-00387 JCC  - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2015, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Dru Mercer*
DRU MERCER
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
Fax: 206-553-2502
Email: dru.mercer@usdoj.gov

Government's Response to Defendant's Motion to Reopen Detention
United States v. Lesan; CR15-00387 JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970