THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD LESAN,<br><br>Defendant. | CASE NO. CR15-0387-JCC<br><br>MINUTE ORDER REFERRING MOTION TO REOPEN DETENTION HEARING |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Upon receipt and review of Defendant Gerald Lesan's Motion to Reopen his Detention Hearing (Dkt. No. 20), this Court REFERS the motion to the Honorable James P. Donohue, United States Magistrate Judge.

DATED this 29th day of December 2015.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk