Chief Magistrate Judge James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GERALD LESAN,<br><br>　　　　Defendant. | NO. 2:15-mj-00538-JPD<br><br><br>DEFENDANT'S PLAN FOR<br>RELEASE FROM DETENTION |

**1. MR. LESAN'S PRPOSED ADDRESS UPON RELEASE:**

　　The House of Mercy
　　3045 South 224th Place
　　Des Moines, WA 98198
　　Supervisor: Pastor James Velela
　　206-856-0013

　　The House of Mercy is a supervised living facility with specific rules and guidelines that must be followed to remain in the home.
　　Mr. Leason has applied for residency at this address and has been approved for residency there. His first month's rent has been paid.

---

DEFENDANT'S PLAN FOR RELEASE FROM
DETENTION- 1

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223

**2. MR. LESAN'S PRPOSED EMPLOYMENT UPON RELEASE:**

Continued employment at Primera Blue Cross:

7001 220th St SW
Mountlake Terrace, WA 98043
Supervisor: Sallie Davis
206-660-1852

Mr. Leason's supervisor is aware of the current allegations.

Respectfully submitted this 7th day of January, 2016.

    _/s/ John R. Crowley_____
John R. Crowley, ESQ.,
WSBA# 19868
Counsel for Mr. Lesan

DEFENDANT'S PLAN FOR RELEASE FROM DETENTION- 2

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington  98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223

## NOTICE OF ELECTRONIC SERVICE

I hereby certify that on January 7, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Clerk of the United States District Court and Assistant United States Attorney, Western District of Washington. On this same date, a copy of the attached document was mailed to the defendant in the above-captioned cause at.

/s/  Jason Morgensen_____
Jason Morgensen, Paralegal
The Crowley Law Firm, PLLC
216 First Avenue S., Ste 204
Seattle, Washington 98104
206.625.7500 (L)
206.625.1223 (F)
jason@CrowleyLawyer.com

DEFENDANT'S PLAN FOR RELEASE FROM DETENTION- 3

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington  98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223