Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD F. LESAN,<br><br>Defendant. | NO. 2:15-CR-00387-JCC<br><br>WAIVER OF RIGHT TO SPEEDY TRIAL |

I, Gerald Lesan, acknowledge that I have been advised by my attorney that I have a right to a speedy and public trial pursuant to the Sixth Amendment to the Constitution of the United States and the Federal Speedy Trial Act, 18 U.S.C. § 3060, *et seq.* Having been advised of my right to a speedy and public trial, I knowingly, voluntarily, and with advice of counsel, waive my right to a speedy trial through June 30, 2016, and consent to the continuation of the date of my trial from its current date of February 16, 2016, in order to accommodate a trial continuance to such time as the Court shall decide for the purpose of 18 U.S.C. § 3161 (1976) (h)(8)(A)&(B).

WAIVER OF RIGHT TO SPEEDY TRIAL - 1

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington 98104
Tel (206) 625-7500♦ Fax (206) 625-1223

1
2      I consent to the requested continuance and consider this period of time
3  between my current trial date and the new trial date to be excluded from the
4  speedy trial computations in order to allow my counsel the reasonable time
   necessary to prepare my defense and hereby waive my right to a speedy trial.
5
6      DATED this 14th day of January, 2016.
7
8                                                    *[signature]*
                                                Gerald Lesan, Defendant
9
10
11
       Presented By: _____
12     John R. Crowley, ESQ., WSBA# 19868
       Counsel for Gerald Lesan
13
14
15
16
17
18
19
20
21
22
23

WAIVER OF RIGHT TO SPEEDY TRIAL - 2                    The Crowley Law Firm, P.L.L.C.
                                                              Grand Central Building
                                                         216 First Avenue S., Suite 204
                                                            Seattle, Washington 98104
                                                       Tel (206) 625-7500♦ Fax (206) 625-1223

## NOTICE OF ELECTRONIC SERVICE

I hereby certify that on January 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Clerk of the United States District Court and Assistant United States Attorney, Western District of Washington. On this same date, a copy of the attached document was mailed to the defendant in the above-captioned cause at.

/s/ Jason Morgensen
Jason Morgensen, Paralegal
The Crowley Law Firm, PLLC
216 First Ave. S., Suite 204
Seattle, Washington 98104
206.625-7500 (L)
206.625.1223 (F)
jason@JohnCrowleyLawyer.com

WAIVER OF RIGHT TO SPEEDY TRIAL - 3

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223