**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **NO. CR15-387JCC** |
| **Plaintiff,** ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| ) | |
| **GERALD LESAN,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

NOTICE OF APPEARANCE

Please take notice that Robert Goldsmith hereby enters his appearance as counsel FOR **GERALD LESAN**, in the above matter and requests that all pleadings and notices be sent to him at the following address: 705 Second Avenue, Suite 1300, Seattle, WA 98104, and that all discovery under Local Rule 16 be provided.

Dated 20 Jan 2016.                        Respectfully submitted,


/s/ R. Goldsmith_____
Robert Goldsmith, WSBA #12265

**Notice of Appearance -** 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592

Email: Bobgoldsmith2@juno.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of Jan., 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to the Assistant U.S. Attorney, counsel of record for the Government.

DATED this 20th day of Jan, 2016.

_/s/ R. Goldsmith_____
Robert Goldsmith, WSBA # 12265
Email: Bobgoldsmith2@juno.com
Attorney for defendant

**Notice of Appearance -** 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592