THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD LESAN,<br><br>Defendant. | CASE NO. CR15-0387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court is in receipt of Defendant's Motion to Withdraw and Substitute Counsel (Dkt. No. 32). Under Local Criminal Rule 5(g)(4), Counsel may be relieved either by submitting a motion that is either "signed by counsel, substitute counsel, and defendant," or served upon the defendant. Local Cr. R. 5(g)(4)(A)-(B). The present motion includes neither.

Defense counsel is hereby ORDERED to submit either a certification that this motion has been served on Mr. Lesan, or to re-submit the motion as a stipulation with Mr. Lesan's signature included.

//

//

//

1    DATED this 21st day of January 2016.

                                            William M. McCool
                                            Clerk of Court

                                            s/Paula McNabb
                                            Deputy Clerk