Judge Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. CR15-387JCC |
| | ) |
| v. | ) AGREED ORDER |
| | ) PERMITTING  SUPERVISED |
| | ) SITE VISITS TO FAMILY HOME |
| GERALD LESAN, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER having come before the Court upon the Agreement of the parties and Pretrial Supervision, and the Court having considered all the files and records herein,

IT IS HEREBY ORDERED that the defendant be allowed to visit the family home no more than three days with no overnight stays at the residence for purposes of preparing for resale.  Pretrial Services will provide oversight for those visits.  All other conditions of Pretrial Supervision will remain in effect.

DONE this _____ day of _____, 2016.

_____
U.S. District Court Judge

**Order**

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592

1

2  Presented by:

3

4   /s/ R. Goldsmith
   Robert Goldsmith
5  Email: Bobgoldsmith2@juno.com
   WSBA # 12265
6

7
   Approved for entry
8

9

10 s/ email approval
   Matthew Hampton
11 Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
   **Order**
28

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592