THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GERALD LESAN,<br><br>　　　　　　Defendant. | CASE NO. CR15-0387-JCC<br><br>MINUTE ORDER CONTINUING TRIAL |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on the Agreed Motion[1] to Continue Trial (Dkt. No. 35) and Defendant's speedy trial waiver (Dkt. No. 30).

　　　　The Court finds that the interests of justice will be served by a trial continuance, that the continuance is necessary to insure adequate time for defense investigation and effective trial preparation, and that these factors outweigh the public interest in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A). It is therefore ORDERED that the trial in this matter is hereby continued to June 20, 2016 at 9:30 a.m. Pretrial motions are due May 20, 2016. Proposed

---

[1] The Court notifies the parties that they are hereby authorized to note such stipulated motions for the same day of filing for earlier consideration. *See,* Local Civ. R. 7(d)(1); Local Cr. R. 12(b)(6).

MINUTE ORDER CONTINUING TRIAL, CR15-0387-JCC
PAGE - 1

*voir dire* and a list of agreed-upon and contested jury instructions are due on or before Friday, June 10, 2016.

It is furthered ORDERED that this period of delay from the date of this order through the new trial date will be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 3rd day of February 2016.

<u>William M. McCool</u>
Clerk of Court

s/Paula McNabb
Deputy Clerk