JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR15-387 JCC |
| Plaintiff, ) | |
| ) | NOTICE OF APPEARANCE OF |
| v. ) | COUNSEL |
| GERALD LESAN, ) | |
| Defendant. ) | |

NOTICE IS HEREBY GIVEN that Colin Fieman appears as co-counsel for Gerald Lesan. It is requested that notice of all filings be served upon the undersigned.

DATED this 4th day of February, 2016.

Respectfully submitted,

s/ *Colin Fieman*
Assistant Federal Public Defender
Attorney for Gerald Lesan

NOTICE OF APPEARANCE
(*United States v. Lesan*; CR15-387 JCC) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ Jessica Cvitanovic
Legal Assistant
Federal Public Defender

NOTICE OF APPEARANCE
(*United States v. Lesan*; CR15-387 JCC) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**