Judge Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-387JCC |
| Plaintiff, | |
| v. | AGREED ORDER PERMITTING SUPERVISED SITE VISITS TO FAMILY HOME |
| GERALD LESAN, | |
| Defendant. | |

THIS MATTER having come before the Court upon the Agreement of the parties and Pretrial Supervision, and the Court having considered all the files and records herein,

IT IS HEREBY ORDERED that the defendant be allowed to visit the family home no more than three days with no overnight stays at the residence for purposes of preparing for resale. Pretrial Services will provide oversight for those visits. All other conditions of Pretrial Supervision will remain in effect.

DONE this 4 day of Feb, 2016.

_____
U.S. District Court Judge

Order

ROBERT W. GOLDSMITH
Attorney at law
705 Second Ave.
Seattle, WA 98104
(206) 623-1592