Judge Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GERALD LESAN,<br><br>　　　　　　　　　Defendant. | NO. CR15-387JCC<br><br>**AGREED ORDER PERMITTING SUPERVISED SITE VISITS TO FAMILY HOME** |

THIS MATTER having come before the Court upon the Agreement of the parties and Pretrial Supervision, and the Court having considered all the files and records herein,

IT IS HEREBY ORDERED that the defendant be allowed to visit the family home no more than seven days with no overnight stays at the residence for purposes of preparing for resale. Pretrial Services will provide oversight for those visits. Pretrial has verified that more work is necessary on the vacant family home to prepare it for sale. All other conditions of Pretrial Supervision will remain in effect.

///

///

///

///

**Order**

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592

DONE this _____ day of _____, 2016.

_____
U.S. District Court Judge

Presented by:

 /s/ R. Goldsmith
Robert Goldsmith
Email: Bobgoldsmith2@juno.com
WSBA # 12265

Approved for entry

s/ email approval
Matthew Hampton
Assistant U.S. Attorney

**Order**

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592