Judge Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. CR15-387RJB |
| | ) |
| v. | ) ORDER PERMITTING |
| | ) ATTENDANCE AT COURT |
| | ) and NEGOTIATIONS WITH J.L. |
| GERALD LESAN, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER having come before the Court upon the defendant's unopposed motion and the agreement of Pretrial Supervision, and the Court having considered all the files and records herein,

IT IS HEREBY ORDERED that the defendant be permitted to attend any court or negotiation sessions involving J.L., as long as Mr. Lesan has no direct contact with J.L. without the parties' lawyers present. Pretrial must be given advance notice of such sessions. All other conditions of Pretrial Supervision will remain in effect.

DONE this 7th day of April, 2016.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Order

ROBERT W. GOLDSMITH
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592

Presented by:

  /s/ R. Goldsmith
Robert Goldsmith
Email: Bobgoldsmith2@juno.com
WSBA # 12265

**Order**

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592