The Honorable Robert J. Bryan

FILED ___ LODGED
___ RECEIVED

MAY 04 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD JAMES LESAN,<br><br>Defendant. | NO. CR15-387RJB<br><br>**SUPERSEDING INFORMATION** |

The United States Attorney charges that:

## COUNT 1
**(Access with Intent to View Child Pornography)**

Beginning on a date unknown but continuing until on or about November 9, 2015, at Everett, within the Western District of Washington, and elsewhere, GERALD JAMES LESAN knowingly accessed with intent to view matter that contained visual depictions, the production of which involved the use of minors, prepubescent minors, and minors under the age of twelve years engaging in sexually explicit conduct and which were of such conduct, that had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that had been produced using materials that had been mailed and shipped

*United States v. Lesan*, CR15-387RJB
SUPERSEDING INFORMATION - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and transported using any means and facility of interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).

## ALLEGATIONS OF FORFEITURE

Upon conviction of the offenses alleged in Count 1 of this Superseding Information, GERALD JAMES LESAN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any property, real or personal, used or intended to be used to commit or promote the commission of such offenses, or any property traceable to such property, and any and all visual depictions as described in Title 18, United States Code, Sections 2251, 2252, and 2252A, which were produced, transported, mailed, shipped, or received, in violation of Chapter 110, Title 18, United States Code, including but not limited to:

a. 1 Black Generic SeaSonic Computer Tower w/ monitor cable seized from GERALD JAMES LESAN on or about November 9, 2015; and

b. any and all images of child pornography, in whatever format and however stored.

Dated this 2nd day of May, 2016

_____
ANNETTE L. HAYES
United States Attorney

_____
MICHAEL DION
Assistant United States Attorney

_____
MATTHEW P. HAMPTON
Assistant United States Attorney

*United States v. Lesan*, CR15-387RJB
SUPERSEDING INFORMATION- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970