

The Honorable Karen L. Strombom

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR15-387RJB |
|---|---|
| Plaintiff, | |
| v. | WAIVER OF INDICTMENT |
| GERALD JAMES LESAN, | |
| Defendant. | |

I, GERALD JAMES LESAN, having been advised of the nature of the charge and that it is punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; and having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure I may waive prosecution by Indictment and may be prosecuted

//
//
//

WAIVER OF INDICTMENT- 1
CR15-387RJB/LESAN

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

by Superseding Information, do knowingly, and with advice of counsel, waive in open court my right to be prosecuted by Indictment and do hereby consent to prosecution by Superseding Information.

DATED this 4 day of May, 2016.

_____
GERALD JAMES LESAN
Defendant

_____
ROBERT GOLDSMITH
Attorney for Defendant

_____
MATTHEW P. HAMPTON
Assistant United States Attorney

Approved:

_____
KAREN L. STROMBOM
United States Magistrate Judge

WAIVER OF INDICTMENT- 2
CR15-387RJB/LESAN

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970