Judge Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-387RJB |
| Plaintiff, | |
| v. | ORDER AMENDING APPEARANCE BOND OF 1/7/2016. |
| GERALD LESAN, | |
| Defendant. | |

THIS MATTER having come before the Court upon the defendant's unopposed motion and the agreement of Pretrial Supervision, and the Court having considered all the files and records herein,

IT IS HEREBY ORDERED that the Release Order of January 7, 2016 be modified by adding the following language: "The defendant's employment must be approved in advance by the probation officer. The defendant may not engage in any paid occupation or volunteer service that exposes him/her, either directly or indirectly, to minors, unless approved in advance by the probation officer." In addition, the following language from the January 7, 2016 Order is deleted: "Notify current and potential future

//

/

**Order**

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592

1  employers of pending charges by January 14, 2016.  The employer shall sign a Third Party Disclosure

2  Form as directed by Pretrial Services."  All other conditions of Pretrial Supervision will remain in effect.

DATED this 19th day of July, 2016.

*(signature)*
ROBERT J. BRYAN
United States District Judge

Presented by:

 /s/ R. Goldsmith
Robert Goldsmith
Email: Bobgoldsmith2@juno.com
WSBA # 12265

**Order**

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592