UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE AT UNION STATION
1717 Pacific Avenue, Room 4427
Tacoma, Washington 98402-3224

**ROBERT J. BRYAN**　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:
United States District Judge　　　　　　　　　　　　　　　　　　　　　　　　(253) 882-3870

November 30, 2016

| | |
|---|---|
| **Colin Fieman**<br>FEDERAL PUBLIC DEFENDER'S OFFICE<br>1331 BROADWAY<br>STE 400<br>TACOMA, WA 98402 | **Matthew Hampton**<br>US ATTORNEY'S OFFICE<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101-1271 |
| **Robert W. Goldsmith**<br>LAW OFFICES OF ROBERT W GOLDSMITH<br>705 2ND AVE<br>1300 HOGE BLDG<br>SEATTLE, WA 98104 | **Keith Becker**<br>US DEPARTMENT OF JUSTICE<br>CRIMINAL DIVISION<br>1400 NEW YORK AVE., NW, SIXTH FLOOR<br>WASHINGTON, DC 20530 |
| **Mohammad Ali Hamoudi**<br>FEDERAL PUBLIC DEFENDER'S OFFICE<br>1601 5TH AVE<br>STE 700 WESTLAKE CENTER OFFICE TOWER<br>SEATTLE, WA 98101 | **Matthew H Thomas**<br>US ATTORNEY'S OFFICE<br>1201 PACIFIC AVE<br>STE 700<br>TACOMA, WA 98402 |
| | **Andre M. Penalver**<br>US ATTORNEY'S OFFICE<br>1201 PACIFIC AVE<br>STE 700<br>TACOMA, WA 98402 |

Cases　3:16-cr-05110-RJB, United States v. David Tippins
　　　　3:15-cr-00387-RJB, United States v Gerald Lesan
　　　　3:15-cr-00274-RJB, United States v Bruce Lorente

RE:　Seal of Order on Defendants' Motions

Dear Counsel:

　　　Because of the voluminous number of pleadings filed under seal, and out of an abundance of caution, the Orders issued today dealing with Defendants' Motions to Dismiss,

Motions to Suppress Evidence, Motions to Exclude Evidence, and Motions to Compel Discovery will be placed under seal until Friday, December 9, 2016.

     Prior to that date, the parties may file objections, if any, to partially lifting the seal. Objections must be specific and should cite to specific portions of the Orders and give reasons for any portions of the Orders to be kept under seal.

     Thank you for your diligence.

     Sincerely,

     ROBERT J. BRYAN
     United States District Judge

RJB/jvl

cc:    Court Files