JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-5110RJB |
| Plaintiff, | *[PROPOSED]* **ORDER GRANTING SECOND MOTION TO COMPEL DISCOVERY** |
| v. | |
| DAVID TIPPENS, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-387RJB |
| Plaintiff, | *[PROPOSED]* **ORDER GRANTING SECOND MOTION TO COMPEL DISCOVERY** |
| v. | |
| GERALD LESAN, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-274RJB |
| Plaintiff, | *[PROPOSED]* **ORDER GRANTING SECOND MOTION TO COMPEL DISCOVERY** |
| v. | |
| BRUCE LORENTE, | |
| Defendant. | |

ORDER GRANTING SECOND MOTION TO
COMPEL DISCOVERY
(*United States v Tippens, et al.*) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1   The defendants having brought a Second Motion to Compel Discovery, and the Court having considered the arguments, memoranda, and evidence presented both in support of and in opposition to the motion, now, therefore,

**ORDERS** that the government shall disclose to the defendants the following information:

1. Whether the vulnerability that was patched by Mozilla on or about November 29, 2016, is related to the NIT code at issue in these cases;

2. If the patch and code are related, the date on which the government (or a contractor or agent for the government) learned that the code had been published or otherwise made available to parties other than the FBI.

The Court further orders that the defendants be provided with a substitute summary of the pleadings and evidence that have previously been presented to the Court *ex parte*.

DONE this _____ day of _____, 2016.

_____
JUDGE ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Colin Fieman*
Assistant Federal Public Defender

ORDER GRANTING SECOND MOTION TO
COMPEL DISCOVERY
(*United States v Tippens, et al.*) - 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710