Judge Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) NO. CR15-387RJB |
| Plaintiff, | ) |
| v. | ) ORDER AMENDING |
| | ) APPEARANCE BOND OF |
| | ) 1/7/2016. |
| GERALD LESAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

THIS MATTER having come before the Court upon the defendant's unopposed motion and the agreement of Pretrial Supervision, and the Court having considered all the files and records herein,

IT IS HEREBY ORDERED that the Release Order of January 7, 2016, be modified by adding the following language: "The defendant's location monitoring is amended to permit a curfew restriction for the hours that Pretrial sets." All other conditions of Pretrial Supervision will remain in effect.

DONE this 14th day of December, 2016.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:
 /s/ R. Goldsmith
Robert Goldsmith
Email: Bobgoldsmith2@juno.com
WSBA # 12265

**Order**

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Order**

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592