1  
2  

The Honorable Robert J. Bryan

3  
4  
5  
6  
7  
8  
9  

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  UNITED STATES OF AMERICA,

NO. CR15-387RJB

11              Plaintiff,

**MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE**

12  
13          v.

*Noting date: January 20, 2017*

14  GERALD LESAN,

15              Defendant.

16   The United States of America, by and through Annette L. Hayes, United States
17   Attorney for the Western District of Washington, and Matthew P. Hampton, Assistant
18   United States Attorney, hereby files this Motion to Dismiss the Indictment in the matter
19   against GERALD LESAN, as the defendant passed away on December 31, 2016.  *See*
20   *United States v. Rich*, 603 F.3d 722, 724 (9th Cir. 2010) ("[D]eath . . . abates all
21   proceedings in the prosecution . . .") (*citing Durham v. United States*, 401 U.S. 481
22   (1971) (*per curiam*)).
23   //
24   //
25   //
26  
27  
28  

GOVERNMENT'S MOTION TO DISMISS INDICTMENT - 1
*United States v. Lesan*, CR15-387RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Accordingly, the government respectfully request that the Court dismiss the
2  indictment without prejudice and terminate the case.
3  DATED this 9th day of January, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*/s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone:	206-553-7970
Fax:		206-553-0755
E-mail:	Matthew.Hampton@usdoj.gov

GOVERNMENT'S MOTION TO DISMISS INDICTMENT - 2
*United States v. Lesan*, CR15-387RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*s/Emily Miller*
EMILY MILLER
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-2267
FAX:   (206) 553-0755
E-mail: emily.miller@usdoj.gov

GOVERNMENT'S MOTION TO DISMISS INDICTMENT - 3
*United States v. Lesan*, CR15-387RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970