The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD LESAN,<br><br>Defendant. | NO. CR15-387RJB<br><br>**ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |

THIS COURT, having reviewed the government's motion to dismiss the indictment without prejudice and for the reasons set forth therein, it is hereby ORDERED that the Motion is granted and the Indictment against GERALD LESAN is dismissed without prejudice.

DATED this 10th day of January, 2017.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER GRANTING MOTION TO DISMISS - 1
*LESAN*/CR15-387RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800